**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Danny Lee KYLLO, Defendant–Appellant.**

**No. 96–30333.**

United States Court of Appeals, Ninth Circuit.

Filed July 29, 1999

Before: BRUNETTI,[1] NOONAN, and HAWKINS, Circuit Judges.

The Opinion filed April 7, 1998 and appearing at 140 F.3d 1249 (9th. Cir.1998), is withdrawn. The panel, being unanimously of the view that the issues are well framed by the briefs filed to date, will proceed to issue an opinion without further argument.

**Daniel Arvizu MORENO, Petitioner–Appellee,**

v.

**Terry L. STEWART; Attorney General for the State of Arizona, Respondents–Appellants.**

**No. 97–17238.**

United States Court of Appeals, Ninth Circuit.

Filed July 29, 1999

Before: SNEED, TASHIMA, and SILVERMAN, Circuit Judges.

The Opinion filed March 17, 1999, is withdrawn.[1]

v.

**Thomas GILLESPIE; Marie Mullen Gillespie; T. Gordon Sim; Diane L. Karban; John A. Good, Defendants,**

---

1. Judge Brunetti was drawn to replace the Honorable Robert R. Merhige, Jr., Senior United States District Judge for the Eastern District of Virginia, in this case.

1. A separate unpublished order has been filed this date dismissing the appeal for lack of jurisdiction.